AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Brandon Demarre | ) Case No. 3:22-mj-00024 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 11, 2022  in the county of _____ in the _____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. 46505 & 46507 | Interference and Attempted Interference with Flight Crew and Attendants; and Threat to Interfere with Flight Crew and Attendants |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI SA Adam T. Hoover

☑ Continued on the attached sheet.

By Telephone
*Complainant's signature*

Adam T. Hoover, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  3:00  a.m./**p.m.**

Date:  02/12/2022

*Judge's signature*

City and state:  Portland, Oregon    Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*